UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

ERICK ROSEN ALLEN,

                Plaintiff,

v.

MDOC,

                Defendant.

_____/

Case No. 1:24-cv-736

Honorable Paul L. Maloney

## JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

Dated:   July 26, 2024              /s/ Paul L. Maloney
                                    Paul L. Maloney
                                    United States District Judge